UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN KLYCE,**<br><br>    Plaintiff,<br><br>   vs.<br><br>**CENTRAL MARIN POLICE AUTHORITY, ET AL.,**<br><br>    Defendants. | Case No. 4:21-CV-2889-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>Re: Dkt. No. 10 |

On May 20, 2021, defendant County of Marin filed a motion to dismiss this action against it with prejudice. (Dkt. No. 10.) Plaintiff has filed a statement of non-opposition and has also filed a first amended complaint removing defendant County from the pleading. (Dkt. Nos. 17, 18.) Accordingly, the motion to dismiss is **GRANTED WITH PREJUDICE**.

This Order terminates Docket Number 10.

**IT IS SO ORDERED.**

Dated: **June 14, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**