Thomas F. Bertrand, State Bar No. 056560
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: tbertrand@bfesf.com

Attorneys for Defendants
CENTRAL MARIN POLICE AUTHORITY,
JOSHUA HAMILTON & KEVIN SINNOTT

APPROVED
Judge Yvonne Gonzalez Rogers
3/7/2022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KLYCE, an individual;<br><br>　　　Plaintiff,<br><br>v.<br><br>CENTRAL MARIN POLICE AUTHORITY, et al.,<br><br>　　　Defendants. | Case No. 4:21-cv-02889-YGR<br><br><br>**Hon. Yvonne Gonzalez Rogers** |

**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE     ACTION WITH PREJUDICE (FCRP, RULE 41)**

The parties hereto, by and through their respective undersigned counsel, hereby stipulate to dismissal with prejudice of the above captioned action in its entirety as to all defendants, each side to bear their own fees and costs, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: February 7, 2022                               POINTER & BUELNA, LLP

                                                      By: _____
                                                          Adante D. Pointer
                                                          Patrick M. Buelna
                                                          Angel M. Alexander
                                                          Attorneys for Plaintiff
                                                          KEVIN KLYCE

Dated: January 20, 2022                               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                                      By:   /s/ Thomas Bertrand
                                                          Thomas Bertrand
                                                          Attorneys for Defendants
                                                          CENTRAL MARIN POLICE AUTHORITY,
                                                          JOSHUA HAMILTON & KEVIN SINNOTT


**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show his or their signature on this document as /s/.

Dated: March 2, 2022                                       /s/ Thomas Bertrand
                                                              Thomas Bertrand